UNITED STATES DISTRICT COURT
For the Northern District of Illinois −
Eastern Division

| | |
|---|---|
| **Jacqueline Stevens**  )<br>Plaintiff,  )<br>v.  )<br>  )<br>**U.S. Immigration and Customs**  )<br>**Enforcement; U.S. Customs and Border**  )<br>**Protection, United States Citizenship**  )<br>**and Immigration Services,**  )<br>**Executive Office of Immigration Review,**  )<br>**United States Navy, U.S. Department of**  )<br>**Agriculture; U.S. Department of State;**  )<br>**and United States Department of Justice**  )<br>Defendants  ) | Case No.: 1:21-cv-02232 |

_____

**ERRATA in Re: COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF UNDER THE FREEDOM
OF INFORMATION ACT**

On 26 April 2021 the undersigned filed the Complaint in this matter. The undersigned inadvertently omitted Defendants the U.S. Department of State and U.S. Department of Agriculture from the caption of the complaint and the U.S. Department of Agriculture from the introductory paragraph of the complaint. All Parties-Defendants were properly identified in paragraph 17 of the Original Complaint in the "Parties" section. Plaintiff, therefore, submits this erratum notice to advise the Court and Defendants of the minor corrections that have been made to the caption and paragraph 1 of the Complaint and reflected in the Corrected Complaint, a copy of which is attached to this filing.

No substantive changes were made to the complaint.

The undersigned apologizes to the Court for these errors and counsel's inadvertent neglect.

The undersigned respectfully asks the Court to accept the errata and designate the attached Corrected Complaint (Exhibit A) as the operative pleading in this case.

                                      Respectfully submitted,
                                      _____s/ Nicolette Glazer Esq._____
                                      Nicolette Glazer Esq.
                                      LAW OFFICES OF LARRY R GLAZER
                                      1999 Avenue of the Stars #1100
                                      Century City, CA 90067
                                      T: 310-407-5353
                                      F: 310-407-5354
                                      nicolette@glazerandglazer.com
                                      ATTORNEY FOR PLAINTIFF