UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE STEVENS, </br></br> Plaintiff, </br></br> v. </br></br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. CUSTOMS AND BORDER PROTECTION, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, EXECUTIVE OFFICE OF IMMIGRATION REVIEW, U.S. NAVY, U.S. DEPARTMENT OF AGRICULTURE, U.S. DEPARTMENT OF STATE, and U.S. DEPARTMENT OF JUSTICE, </br></br> Defendants. | No. 21 C 2232 </br></br> Judge Tharp |

**JOINT STATUS REPORT**

At the court's direction (Dkt. 12), the parties in this Freedom of Information Act case jointly submit this status report:

1. This case arises out of FOIA requests that plaintiff Jacqueline Stevens submitted to seven federal agencies: U.S. Immigration and Customs Enforcement (ICE), U.S. Customs and Border Protection (CBP), U.S. Citizenship and Immigration Services (USCIS), U.S. Department of Justice's Executive Office of Immigration Review (EOIR), U.S. Navy, U.S. Department of Agriculture (USDA), and U.S. Department of State.

2. Defendants report that six of the seven agencies have completed their searches for records responsive to plaintiff's FOIA requests: USCIS has produced 623 pages of records, EOIR has produced 8 .csv files and 9 "Look-up Tables," the State Department has located approximately

15 responsive records and expects to produce them by September 10, 2021, and CBP, Navy, and USDA have no responsive records.

3. Defendants report that the remaining agency, ICE, has completed its search for records responsive to three of plaintiff's four FOIA requests to ICE but is still searching for records responsive to the fourth request.

4. The parties propose that they file a joint status report in 60 days updating the court on the status of the remaining ICE search.

        Respectfully submitted,

        JOHN R. LAUSCH, Jr.
        United States Attorney

        By: s/ Alex Hartzler
           ALEX HARTZLER
           Assistant United States Attorney
           219 South Dearborn Street
           Chicago, Illinois 60604
           (312) 886-1390
           alex.hartzler@usdoj.gov

        s/ Nicolette Glazer
        NICOLETTE GLAZER
        Attorney for Plaintiff
        Law Office of Larry R. Glazer
        Watt Plaza
        1875 Century Park East #700
        Century City, California 90067
        (708) 435-0404
        nicolette@glazerandglazer.com