UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE STEVENS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) ) |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. CUSTOMS AND BORDER PROTECTION, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, EXECUTIVE OFFICE OF IMMIGRATION REVIEW, U.S. NAVY, U.S. DEPARTMENT OF AGRICULTURE, U.S. DEPARTMENT OF STATE, and U.S. DEPARTMENT OF JUSTICE, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

No. 21 C 2232

Judge Tharp

## JOINT STATUS REPORT

At the court's direction (Dkt. 14), the parties in this Freedom of Information Act case jointly submit this status report:

1. This case arises out of FOIA requests that plaintiff Jacqueline Stevens submitted to seven federal agencies: U.S. Immigration and Customs Enforcement (ICE), U.S. Customs and Border Protection (CBP), U.S. Citizenship and Immigration Services (USCIS), U.S. Department of Justice's Executive Office of Immigration Review (EOIR), U.S. Navy, U.S. Department of Agriculture (USDA), and U.S. Department of State.

2. Defendants previously reported that six of the seven agencies have completed their searches for records responsive to plaintiff's FOIA requests. Dkt. 13 ¶ 2. Of those six agencies, two agencies had completed their productions, three agencies found no responsive records, and

one agency (the State Department) had located records and expected to produce them shortly. *Id*. Since that report, the State Department has completed its production.

3. Defendants also previously reported that the remaining agency at issue, ICE, had completed its search for records responsive to three of plaintiff's four FOIA requests but was still searching for records responsive to the fourth request. Dkt. 13 ¶ 3. Since that report, ICE has continued searching for records responsive to the fourth request and expects the search to be complete by next week, at which point ICE will better be able to anticipate a timeline for completing its production.

4. The parties propose that they file a joint status report in 60 days updating the court on the status of the remaining ICE search.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Alex Hartzler
    ALEX HARTZLER
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-1390
    alex.hartzler@usdoj.gov

s/ Nicolette Glazer
NICOLETTE GLAZER
Attorney for Plaintiff
Law Office of Larry R. Glazer
Watt Plaza
1875 Century Park East #700
Century City, California 90067
(708) 435-0404
nicolette@glazerandglazer.com
