UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE STEVENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| U.S. IMMIGRATION AND CUSTOMS ) | |
| ENFORCEMENT, U.S. CUSTOMS AND ) | No. 21 C 2232 |
| BORDER PROTECTION, U.S. ) | |
| CITIZENSHIP AND IMMIGRATION ) | Judge Tharp |
| SERVICES, EXECUTIVE OFFICE OF ) | |
| IMMIGRATION REVIEW, U.S. NAVY, ) | |
| U.S. DEPARTMENT OF AGRICULTURE, ) | |
| U.S. DEPARTMENT OF STATE, and U.S. ) | |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

At the court's direction (Dkt. 16), the parties in this Freedom of Information Act case jointly submit this status report:

1. Defendants previously reported that, of the seven agencies to which plaintiff has directed FOIA requests, one agency, ICE, was still searching for records responsive to plaintiff's FOIA requests. Dkt. 15 ¶ 3.

2. Since that report, ICE has completed its search and expects to produce responsive records within the next two weeks.

3. The parties propose that they file a joint status report in 30 days with a proposed summary judgment briefing schedule.

>Respectfully submitted,
>
>JOHN R. LAUSCH, Jr.
>United States Attorney
>
>By: s/ Alex Hartzler
>  ALEX HARTZLER
>  Assistant United States Attorney
>  219 South Dearborn Street
>  Chicago, Illinois 60604
>  (312) 886-1390
>  alex.hartzler@usdoj.gov
>
>  s/ Nicolette Glazer
>NICOLETTE GLAZER
>Attorney for Plaintiff
>Law Office of Larry R. Glazer
>Watt Plaza
>1875 Century Park East #700
>Century City, California 90067
>(708) 435-0404
>nicolette@glazerandglazer.com