# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jacqueline Stevens, et al.

                                      Plaintiff,

v.                                                                    Case No.: 1:21−cv−02232
                                                                               Honorable John J. Tharp Jr.

US Department of Justice, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 10, 2022:

      MINUTE entry before the Honorable John J. Tharp, Jr: Upon review of the parties' joint status report [17], the parties are directed to file a further status report by 2/9/2022 on the status of the plaintiff's FOIA requests and containing a proposed briefing schedule for summary judgment motions. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.