UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE STEVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. CUSTOMS AND BORDER PROTECTION, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, EXECUTIVE OFFICE OF IMMIGRATION REVIEW, U.S. NAVY, U.S. DEPARTMENT OF AGRICULTURE, U.S. DEPARTMENT OF STATE, and U.S. DEPARTMENT OF JUSTICE, | ) ) ) ) ) ) ) ) ) ) | No. 21 C 2232<br><br>Judge Tharp |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

At the court's direction (Dkt. 18), the parties in this Freedom of Information Act case jointly submit this status report:

1. The agencies that located records responsive to plaintiff's FOIA requests have completed their productions.

2. The parties propose the following summary judgment briefing schedule: (1) defendant to move for summary judgment by March 31, 2022; (2) plaintiff to respond by May 13, 2022; defendant to reply by June 3, 2022.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Alex Hartzler
    ALEX HARTZLER
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-1390
    alex.hartzler@usdoj.gov

s/ Nicolette Glazer
NICOLETTE GLAZER
Attorney for Plaintiff
Law Office of Larry R. Glazer
Watt Plaza
1875 Century Park East #700
Century City, California 90067
(708) 435-0404
nicolette@glazerandglazer.com