## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jacqueline Stevens, et al.

                    Plaintiff,

v.                                                   Case No.: 1:21−cv−02232

                                                        Honorable LaShonda A. Hunt

US Department of Justice, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 28, 2023:

       MINUTE entry before the Honorable LaShonda A. Hunt: This case has been reassigned to the calendar of Judge Hunt. Defendants' motion for summary judgment [29] is fully briefed and taken under advisement. The Court will rule by mail. The parties are directed to provide courtesy copies within 14 days of entry of this order. Requirements for courtesy copies may be found on Judge Hunt's webpage on the Court's website. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.