# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

Jacqueline Stevens, et al.

                            Plaintiff,

v.                                                Case No.: 1:21−cv−02232

                                                        Honorable Georgia N Alexakis

US Department of Justice, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 7, 2024:

      MINUTE entry before the Honorable Georgia N Alexakis:The Court grants summary judgment [29] to all defendants (ICE, CBP, USCIS, EOIR, DON, DOS, USDA, & DOJ). The Clerk is directed to enter judgment in defendants' favor. Civil case terminated. (See attached Order for further detail).(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.